# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL KISSICK, individually and on behalf of all others similarly situated, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:19-cv-2459 - SHL-tmp |
| AMERICAN RESIDENTIAL SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on September 5, 2019. Present were Blair Elizabeth Reed, counsel for plaintiff, and Brett A. Hughes and Emily Hamm Huseth, counsel for defendant. At the conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AS TO NAMED PLAINTIFF ONLY:** September 19, 2019

**OTHER RELEVANT MATTERS:**

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information ("e-discovery") and have not reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the court approves the parties' e-discovery plan.

Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

All other deadlines will be established at another scheduling conference, if necessary.

**IT IS SO ORDERED,** this 5th day of September, 2019.

                                                   s/ Sheryl H. Lipman
                                                   SHERYL H. LIPMAN
                                                   UNITED STATES DISTRICT JUDGE