# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL KISSICK, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 19-cv-2459-SHL-tmp |
| AMERICAN RESIDENTIAL SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING IN PART PLAINTIFF'S MOTION REQUESTING EXTENSION OF TIME TO COMPLETE CERTAIN FACT DISCOVERY

Before the Court is Plaintiff's Motion Requesting Extension of Time to Complete Fact Discovery, (ECF No. 62), filed December 12, 2019.  In support of an extension for fact discovery as to Plaintiff from January 3, 2020 to April 3, 2020, Plaintiff provides three reasons: (1) Defendant has noticed Plaintiff's deposition for January 24, 2020;  (2) Defendant did not produce any documents until November 21, 2019 and Plaintiff requires additional time to review those documents and take depositions; and (3) the Parties are waiting for Plaintiff's wireless carriers to respond to subpoenas.  Defendant does not object to a one-month extension.

The Court **GRANTS IN PART** Plaintiff's Motion.  The Court entered a Scheduling Order for this matter on October 2, 2019.  (ECF No. 54.)  For over two months, the Parties have had a chance to conduct discovery as to Plaintiff.  Three more months should not be necessary. Therefore, the Court extends the deadline to conduct fact discovery as to Plaintiff for only one month, to **February 3, 2020**.

**IT IS SO ORDERED**, this 16th day of December, 2019.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
