IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DANIEL KISSICK, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

AMERICAN RESIDENTIAL SERVICES, LLC,

        Defendant.

Case No.  2:19-cv-02459-SHL-tmp

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Kissick and Defendant American Residential Services, LLC, by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims that were or could have been raised by and between them in this action.

The parties further stipulate that each side shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

Dated:  January 6, 2020        Respectfully submitted,

        **BURSOR & FISHER, P.A.**

        By:   *s/ Blair E. Reed*
        Blair E. Reed (admitted *pro hac vice*)
        1990 North California Blvd., Suite 940
        Walnut Creek, CA 94596
        Telephone: (925) 300-4455
        Facsimile: (925) 407-2700
        breed@bursor.com

                                    **LACY, PRICE & WAGNER, P.C.**
Michael R. Franz (BPR #: 031664)
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Ph: (865) 246-0800
Fax: (865) 690-8199
mfranz@lpwpc.com

*Attorneys for Plaintiff*

Dated: January 6, 2020         **HARRIS SHELTON HANOVER WALSH, PLLC**

By*: s/ Emily Hamm Huseth (per email consent dated 1/6/2020)*

Brett A. Hughes, TBPR #18048
Emily Hamm Huseth, TBPR #29192
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
Telephone:(901) 525-1455
bhughes@harrisshelton.com
ehuseth@harrisshelton.com

**JONES DAY**
J. Todd Kennard  (SBN 0068441) (admitted *pro hac vice*)
325 John H. McConnell Blvd., Ste. 600
Columbus, OH  43215-2673
Telephone:(614) 469-3939
Facsimile: (614) 461-4198
jtkennard@jonesday.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record.

                                        *s/ Blair E. Reed*
                                         Blair E. Reed