IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL KISSICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 2:19-cv-2459-SHL-tmp<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 27, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 66) filed January 6, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 7, 2020
Date